UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br>    v.<br><br>ANDY SHIN FONG CHEN, et al.,<br><br>               Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC, et al.,<br><br>               Relief Defendants. | CASE NO. C17-0405JLR<br><br>ORDER STRIKING TRIAL DATE |

The court is in receipt of the parties' February 20, 2019, joint status report. (JSR (Dkt. # 56).) In light of the joint status report, the court STRIKES the trial date, currently scheduled for March 4, 2019, and DENIES as moot the parties' motions in limine (Dkt. ## 46, 48). Additionally, the court ORDERS the parties to file an updated joint status

ORDER - 1

report within 10 days of Plaintiff Securities and Exchange Commission's voluntary dismissal of the remaining claims, as outlined in the parties' joint status report. (*See id.* at 2.) In their updated joint status report, the parties shall propose a plan to complete the proceedings on remedies.

Dated this 21st day of February, 2019.

The Honorable James L. Robart
U.S. District Court Judge

ORDER - 2