THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANDY SHIN FONG CHEN AND AERO SPACE PORT INTERNATIONAL GROUP, INC.

Defendants, and

NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES LLC, WASHINGTON ECONOMIC DEVELOPMENT CAPITAL LLC, WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II LLC, EVF INC., MOSES LAKE 96000 BUILDING LLC, SUN BASIN ORCHARDS LLC, PIA LLC, JOHN CHEN, TOM CHEN, BOBBY CHEN, and HEIDI CHEN,

RELIEF DEFENDANTS.

Case No. 2:17-cv-00405-JLR

---

## STIPULATION AND ~~PROPOSED~~ ORDER

WHEREAS THE PARTIES HAVE CONFERRED AND HAVE AGREED TO STIPULATE THAT:

1. The Securities and Exchange Commission ("SEC") amends its Complaint under Federal Rule of Civil Procedure 15(a)(2), with the consent of the Defendants Andy Shin (*sic*) [Chin] Fong Chen and Aero Space Port International Group, Inc. (together "Defendants"), to withdraw that portion of its First Claim for

Relief under Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5] that relates to Rule 10b-5(a) and (c), while preserving that portion of its First Claim for Relief under Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5] that relates to Rule 10b-5(b).

2. The SEC amends its Complaint under Federal Rule of Civil Procedure 15(a)(2), with the consent of the Defendants, to withdraw its Second Claim for Relief under Section 17(a)(1) of the Securities Act of 1933 [15 U.S.C. §77q(a)(2)].

3. The SEC amends its Complaint under Federal Rule of Civil Procedure 15(a)(2), with the consent of the Defendants, to withdraw its Fourth Claim for Relief under Section 17(a)(3) of the Securities Act of 1933 [15 U.S.C. §77q(a)(2)].

4. Pursuant to the Court's ruling on summary judgment dismissing PIA LLC as a relief defendant, the SEC removes that entity from the case.

5. Pursuant to Local Civil Rule 15, the proposed Amended Complaint indicating how it differs from the SEC's original complaint (ECF No. 1) is attached hereto as Exhibit 1. Please note that the caption and other parts of the original complaint that referred to Mr. Andy Chen as Andy Shin Fong Chen have been corrected to reflect the correct spelling of his name, Andy Chin Fong Chen. The parties have also agreed that because the Amended Complaint differs from the first only to remove certain claims and one relief defendant, in addition to correcting a spelling mistake, an amended answer will not be necessary.

Dated: March 6, 2019

By: *s/ David Mendel*
John D. Worland, Jr.
David Mendel
100 F Street, NE
Washington, DC 20549
Tel: (202) 551-4438
Email: worlandj@sec.gov
Attorneys for Plaintiff
Securities & Exchange Commission

By: *s/ Frank R. Siderius*
Frank R. Siderius, Esq.
SIDERIUS, LONERGAN &MARTIN, LLP
500 Union Street, Suite 847
Seattle, Washington 98101
(206) 624-2800
franks@sidlon.com
Attorney for Defendants and Relief Defendants

SO ORDERED:

_____
Judge James L. Robart
United States District Judge, Western District of Washington

## CERTIFICATE OF SERVICE

I certify that on March 6, 2019, a copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system, which sends notification to the following parties:

>FRANK R. SIDERIUS,
>SIDERIUS, LONERGAN & MARTIN, LLP
>
>Attorneys for Defendants and Relief Defendants
>
>500 Union Street, Suite 847
>Seattle, WA 98101
>206.624.2800 work
>franks@sidlon.com
>www.sidlon.com

>*s/ David Mendel*
>DAVID MENDEL