UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDY SHIN FONG CHEN, et al.,<br><br>Defendants. | CASE NO. C17-0405JLR<br><br>ORDER |

Before the court is the parties' May 1, 2019, joint status report. (JSR (Dkt. # 64).) The parties represent that they continue to confer on the issue of remedies and "request permission to update the [c]ourt with another Joint Status Report on June 5, 2019." (*Id.*

//

//

//

//

ORDER - 1

1 | at 1-2.)  The court finds this proposal appropriate and ORDERS the parties to file another
2 | joint status report on June 5, 2019.
3 | 	Dated this 2nd day of May, 2019.

	The Honorable James L. Robart
	U.S. District Court Judge