1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
                                   AT SEATTLE

9

10    SECURITIES AND EXCHANGE                CASE NO. C17-0405JLR
      COMMISSION,

11                                           ORDER
                            Plaintiff,

12              v.

13    ANDY SHIN FONG CHEN, et al.,

14                          Defendants.

15

16         Before the court is the parties' July 9, 2019, joint status report ("JSR").  (JSR

17    (Dkt. # 68).)  The JSR explains that counsel for Plaintiff Securities and Exchange

18    Commission ("the SEC") "is preparing a submission" to the SEC for approval of "a

19    proposed penalty amount."  (*Id.* at 1.)  The parties "request permission to update the

20    [c]ourt with another Joint Status Report on August 15, 2019."  (*Id.* at 2.)  The court finds

21    //

22    //

1   this proposal appropriate and ORDERS the parties to file another joint status report on

2   August 15, 2019.

3       Dated this 15th day of July, 2019.

4

5

6                    The Honorable James L. Robart
                   U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22