UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDY SHIN FONG CHEN, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-0405JLR<br><br>ORDER |

Before the court is the parties' August 15, 2019, joint status report. (JSR (Dkt. # 70).) The JSR explains that counsel for Plaintiff Securities and Exchange Commission ("the SEC") "has prepared a submission" to the SEC for approval of "a proposed penalty amount." (*Id.* at 1.) The parties "request permission to update the [c]ourt with another Joint Status Report on September 27, 2019, at which point the SEC hopes to have a proposal for briefing on the remedies issues." (*Id.* at 2.) The court finds this proposal

//

ORDER - 1

appropriate and ORDERS the parties to file another joint status report on September 27, 2019.

Dated this 15th day of August, 2019.

*[signature]*

The Honorable James L. Robart
U.S. District Court Judge