UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>    v.<br><br>ANDY SHIN FONG CHEN, et al.,<br><br>                Defendants. | CASE NO. C17-0405JLR<br><br>ORDER |

Before the court is the parties' September 27, 2019, joint status report. (JSR (Dkt. # 72).) The JSR explains that counsel for Plaintiff Securities and Exchange Commission ("the SEC") "has received approval from [the SEC] for a requested penalty amount in this matter." (*Id.* at 1.) The JSR also indicates that Defendants' counsel still needs additional information about the immigration status of remaining investors and that Defendants cannot yet determine whether they will "request a hearing for remedies determination." (*Id.* at 1-2.) Despite these outstanding issues, the parties have agreed on

the following briefing schedule for the remedies phase of this proceeding: (1) the SEC's motion and supporting papers will be due October 16, 2019; (2) Defendants' opposition will be due on November 20, 2019; and (3) the SEC's reply will be due on December 4, 2019. (*Id.* at 2.) The parties also indicate that they intend to exchange additional information before October 16, 2019, and "examine the possibility of stipulated resolution." (*Id.*)

The court finds this proposal appropriate. Accordingly, the relief requested in parties' JSR is GRANTED. (Dkt. # 72.)

Dated this 27th day of September, 2019.

JAMES L. ROBART
United States District Judge