THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHIN FONG CHEN AND AERO SPACE PORT INTERNATIONAL GROUP, INC.<br><br>Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II, LLC; EVF, INC.; MOSES LAKE 96000 BUILDING LLC; SUN BASIN ORCHARDS, LLC; JOHN CHEN; TOM CHEN; BOBBY CHEN; and HEIDI CHEN,<br><br>Relief Defendants. | Case No. 2:17-cv-00405-JLR<br><br>**STIPULATION AND PROPOSED ORDER** |

The parties, the Securities and Exchange Commission ("SEC") and Andy Chin Fong Chen and Aero Space Port International Group, Inc. (the "Defendants"), submit this STIPULATION AND PROPOSED ORDER. The parties have conferred about the best way to proceed in this matter.

1. The parties request that the Court's Order setting an evidentiary hearing in this matter for March 23, 2020 be continued pending further developments with respect to the matters set forth in the parties' joint letter to the Court of March 13, 2020.

2. The parties request that they be allowed to update the Court on these developments with a Joint Status Report on April 17, 2020.

Dated: March 13, 2020                    Respectfully submitted,

| By: /s John D. Worland, Jr. | /s/ Frank R. Siderius |
|---|---|
| JOHN D. WORLAND, JR.* <br> DAVID MENDEL* <br> GREGORY N. MILLER* <br> (*Conditionally Admitted Pursuant to Local Rule 83.1)) <br> worlandj@sec.gov <br><br> Attorneys for Plaintiff <br><br> SECURITIES AND EXCHANGE COMMISSION <br> 100 F Street NE <br> WASHINGTON, DC 20549 <br> Telephone: (202) 551-4418 | FRANK R. SIDERIUS, <br> WSBA #7759 <br><br> SIDERIUS, LONERGAN & MARTIN, LLP <br><br> Attorneys for Defendants and Relief Defendants <br><br> 500 Union Street, Suite 847 <br> Seattle, WA 98101 <br> 206.624.2800 work <br> franks@sidlon.com <br> www.sidlon.com |

**ORDER**

IT IS SO ORDERED this 16th day of March, 2020.

THE HONORABLE JAMES L. ROBART