UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ANDY SHIN FONG CHEN, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C17-0405JLR<br><br>ORDER |

　　　　Before the court is the parties' April 16, 2019, joint status report ("JSR"). (JSR (Dkt. # 89).) On March 11, 2019, the court scheduled an evidentiary hearing in this matter to resolve factual disputes related to the appropriate remedies to award Plaintiff Securities and Exchange Commission ("the SEC") on its claims under Rule 10b-5(b) and Section 17(a)(2) of the Securities Act. (*See* 3/11/20 Order (Dkt. # 85) at 3-5.) Due to the emergency created by the COVID-19 pandemic, the court continued the evidentiary

//

ORDER - 1

1  hearing at the parties' request and ordered the parties to file a JSR updating the court on

2  any developments in the case.  (*See* 3/16/20 Order (Dkt. # 87) at 1.)

3       The JSR explains that the parties are actively engaged in discussions and

4  information sharing regarding a potential resolution of the underlying remedies dispute.

5  (*See* JSR at 1-2.)  The JSR also indicates that the parties need additional time to continue

6  to investigate the feasibility of this resolution.  (*See id.*)  Accordingly, the parties request

7  that the court permit the parties to file a joint status report on or before Monday, June 15,

8  2020, so that the parties can continue working on this issue.  (*See id.* at 2.)

9       The court APPROVES the parties' proposal and GRANTS the relief requested in

10  parties' JSR (Dkt. # 89).  The court ORDERS the parties to file a joint status report

11  updating the court on the status of this matter on or before Monday, June 15, 2020.

12  Moreover, due to the parties' representations that they are conducting further discovery

13  on remedies and exploring alternative resolutions (*see* JSR at 1-2), the court STRIKES

14  the SEC's pending motion for summary judgment (Dkt. # 74) without prejudice to

15  refiling the motion in the event the parties are unable to resolve the underlying issues.

16  The court DIRECTS the Clerk to remove SEC's motion for summary judgment (Dkt.

17  # 74) from the docket.

18       Dated this 17th day of April, 2020.

19

20                                               *[signature]*

21                                               JAMES L. ROBART
                                             United States District Judge

22