UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDY CHING FONG CHEN and AERO SPACE PORT INTERNATIONAL GROUP, INC.<br><br>   Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II, LLC; EVF, INC; MOSES LAKE 96000 BUILDING LLC; SUN BASIN ORCHARDS, LLC; JOHN CHEN, TOM CHEN, BOBBY CHEN and HEIDI CHEN,<br><br>   Relief Defendants. | Case No. 17-cv-00405-JLR<br><br>[~~PROPOSED~~] ORDER AUTHORIZING ENGAGEMENT OF COUNSEL FOR RECEIVER<br><br>NOTE ON MOTION CALENDAR: 12/17/2021 |

  This matter came before the Court on the Motion for an Order Authorizing Engagement of Counsel for Receiver (the "Motion"). The Court, having reviewed the Motion submitted therewith, finds that the Motion is well taken and shall be granted. The Court being duly advised in the premises, therefore,

ORDER AUTHORIZING ENGAGEMENT OF COUNSEL FOR
RECEIVER - 1

ORDERS that the Receiver is authorized to employ and compensate Tara J. Schleicher and Foster Garvey PC on the terms set forth in the Motion.

DATED this 17th day of December, 2021.

JAMES L. ROBART
United States District Court Judge

PRESENTED BY:

**FOSTER GARVEY P.C.**

/s/ Tara J. Schleicher
Tara J. Schleicher, WSBA #26884
121 SW Morrison St, Suite 1100
Portland, OR 97204
Phone: (503) 228-3939
Email: tara.schleicher@foster.com
*Proposed Counsel to Receiver*

ORDER AUTHORIZING ENGAGEMENT OF COUNSEL FOR RECEIVER - 2