UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHING FONG CHEN and AERO SPACE PORT INTERNATIONAL GROUP, INC.<br><br>Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II, LLC; EVF, INC; MOSES LAKE 96000 BUILDING LLC; SUN BASIN ORCHARDS, LLC; JOHN CHEN, TOM CHEN, BOBBY CHEN and HEIDI CHEN,<br><br>Relief Defendants. | Case No. 17-cv-00405-JLR<br><br>ORDER GRANTING PETITION FOR FURTHER INSTRUCTIONS TO RECEIVER |

This matter came before the Court on the Receiver's First Interim Report and Petition for Further Instructions (Dkt. No. 135) (the "Petition") filed by Geoffrey B. Winkler of American Fiduciary Services, Inc. (the "Receiver") appointed as the receiver for Washington Economic

Development Capital III, LLC ("EDC III") by the Order Appointing a Receiver entered by this Court on November 23, 2021 (Dkt. No. 130) (the "Appointment Order"). The Court, having reviewed the Petition and being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Receiver's First Interim Report is accepted by this Court;

2. The Receiver is authorized to continue to administer the receivership estate in accordance with the terms of the Appointment Order; and

3. The Receiver is authorized to undertake the recommendations presented in the Petition, including a continued document recovery and review effort, and the engagement of those professionals he deems necessary for the proper administration of the receivership estate.

/ / / END OF ORDER / / /

DATED this 25th day of January, 2022.

_____
JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

**FOSTER GARVEY P.C.**

*/s/ Tara J. Schleicher*
Tara J. Schleicher, WSBA #26884
121 SW Morrison St, Suite 1100
Portland, OR 97204
Phone: (503) 228-3939
Email: tara.schleicher@foster.com
*Counsel to Receiver*