**Exhibit B to Application**

Client: 501415 - American Fiduciary Services LLC
Matter(s):  100
Period: 11/1/2021 - 12/31/2021



| | | Time Detail | | |
|---|---|---|---|---|
| Date | Timekeeper Name | Description | Hours | Amount |
| 11/01/2021 | Schleicher, Tara J. | Telephone call with G. Winkler regarding ▮▮▮▮ (.2); complete conflict of interest form for counsel (.2). | 0.40 | N/C |
| 11/03/2021 | Schleicher, Tara J. | Review pleadings filed by SEC to appoint a receiver and exchange e-mails with client regarding ▮▮▮▮ | 0.20 | $85.00 |
| 11/04/2021 | Schleicher, Tara J. | Exchange e-mails with client regarding ▮▮▮▮ | 0.10 | $42.50 |
| 11/15/2021 | Schleicher, Tara J. | Review docket for objection filed by defendants to appointment of receiver (.1); review reply filed by SEC to objection (.1); e-mail to clients regarding ▮▮▮ (.1). | 0.30 | $127.50 |
| 11/23/2021 | Schleicher, Tara J. | Review e-mail from client ▮▮▮▮ briefly review documents and instructions to paralegal regarding same (.2); e-mail to client regarding ▮▮▮▮ (.1); review and revise notice of appearance (.1); review motion for final judgment and other documents regarding background (.4); draft letter to R. Romero at Seattle Credit Union regarding entry of order appointing receiver and control of account(s) (.2); instructions to paralegal regarding e-mail address for Seattle CU (.1); review e-mail regarding no cooperation from CU and federal express instead (.1); review and revise letter to CU (.1); review and sign same (.1); review and revise notice of appearance as proposed counsel (.2); instructions to legal assistant regarding motion to employ counsel for receiver (.1). | 1.70 | $722.50 |
| 11/23/2021 | Rhine, Kesarah | Draft Notice of Appearance as to T. Schleicher. | 0.20 | $39.10 |
| 11/24/2021 | Schleicher, Tara J. | Review e-mail from SEC regarding article in Law 360 and sale of property. | 0.10 | $42.50 |
| 11/29/2021 | Schleicher, Tara J. | Review e-mail from F. Siderius regarding sale of real property, Seattle CU account, etc. and e-mail to client regarding ▮▮▮ (.1); exchange e-mails with client regarding ▮▮▮▮ (.1); e-mail to F. Siderius regarding phone conference with G. Winkler and counsel (.1). | 0.30 | $127.50 |
| 12/01/2021 | Grgurevic, Krešimir | Draft of motion to employ Foster Garvey (.5); Draft order on motion to employ Foster Garvey (.5); reviewed RCW 7.60.180 regarding employment and compensation of professionals in relation to a receiver (.2). | 1.20 | $300.00 |
| 12/01/2021 | Rhine, Kesarah | Prepare SS-4 Form. | 0.10 | $19.55 |

**Exhibit B to Application**

Client: 501415 - American Fiduciary Services LLC
Matter(s): 100
Period: 11/1/2021 - 12/31/2021



Case 2:17-cv-00405-JLR   Document 138-2   Filed 01/31/22   Page 2 of 4

## Time Detail

| Date | Timekeeper Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/2021 | Schleicher, Tara J. | Exchange e-mails with F. Siderius and client regarding phone conference logistics (.5); review order for deadlines and requirements and compile list of questions for F. Siderius (.2); telephone call with Seattle Credit Union and left message for Scott Rosenberg (.3); instructions to legal assistant regarding docketing (.1); review federal express tracking number and delivery data to Seattle Credit Union (.1); exchange e-mails with client regarding ▮ (.1); telephone call with defense counsel and clients regarding ▮ (.5); review e-mail from F. Siderius with some of the requested information (.1); respond to same regarding W. Ho contract information needed (.1); telephone call with A. Sorbera at Seattle CU regarding accounts held by EDC III and need for statements (.5); e-mail to client regarding ▮ (.1); e-mail to A. Sorbera regarding request for bank statements (.1); review e-mail from client regarding ▮ (.1); instructions to paralegal regarding same (.1). | 2.90 | $1,232.50 |
| 12/02/2021 | Schleicher, Tara J. | Review and revise SS-4 for EIN (.1); e-mail to client regarding ▮ (.1); exchange e-mails with Seattle CU representative regarding status on bank statement and certified statement filing required (.3); review e-mail from F. Siderius regarding contact at Seattle CU (.1); complete SS-4 EIN application and exchange e-mails with client regarding ▮ (.2); review and revise motion and order to employ FG as counsel for receiver (.5); exchange e-mails with client regarding ▮ (.1); review and finalize motion and order to employ FG (.1); review and sign same (.1); review e-mail from F. Siderius regarding document production status (.2). | 1.80 | $765.00 |
| 12/03/2021 | Grgurevic, Krešimir | Separate out the responses from Securities and Exchange Commission - 2nd Responses for Production | 1.60 | $400.00 |
| 12/03/2021 | Schleicher, Tara J. | Confer regarding issues with SS-4 and exchange e-mails with client regarding ▮ (.1); exchange e-mails with F. Sederius regarding EIN for EDC III (.1); review e-mails from F. Sederius regarding document production and investor list (.4); e-mail to clients regarding ▮ (.2); review Seattle CU statements and e-mail same to clients (.2); instructions to paralegal regarding document production (.1). | 1.10 | $467.50 |
| 12/03/2021 | Garcia, Francesca | Revision to SS-4 (.1); telephone call to IRS (.1); apply for EIN using IRS website (.1); correspondence and telephone calls with T. Schleicher regarding ▮ (.2). | 0.50 | $125.00 |

**Exhibit B to Application**

Client: 501415 - American Fiduciary Services LLC
Matter(s):  100
Period: 11/1/2021 - 12/31/2021



| Date | Timekeeper Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | **Time Detail** | | |
| 12/06/2021 | Grgurevic, Krešimir | Review and organize document production from defendants. | 2.00 | $500.00 |
| 12/06/2021 | Schleicher, Tara J. | Instructions to legal assistant regarding ▮▮▮ (.2); briefly review documents produced by defendants and sharelinks revised for folder/documents (.3); e-mail to clients regarding ▮ (.1). | 0.60 | $255.00 |
| 12/06/2021 | Garcia, Francesca | Multiple telephone calls to the IRS regarding EIN (.2); apply for (unsuccessfully) EIN for Receivership Estate of Washington Economic Development Capital III LLC (.1); telephone calls and correspondence with T. Schleicher regarding ▮▮▮ (.2). | 0.50 | N/C |
| 12/07/2021 | Schleicher, Tara J. | Review IRS requirements for EIN and timing if fax file for EIN (.1); instructions to paralegal regarding same (.1). | 0.20 | N/C |
| 12/07/2021 | Garcia, Francesca | Multiple telephone calls with the IRS regarding EIN denial (.2); multiple attempts to apply for EIN (.1); telephone calls and correspondence with T. Schleicher regarding ▮▮ (.2) | 0.50 | N/C |
| 12/08/2021 | Schleicher, Tara J. | Telephone call with client regarding ▮▮ (message). | 0.10 | N/C |
| 12/15/2021 | Schleicher, Tara J. | Review status report filed by SEC (.1); e-mail same to clients (.1); review e-mail from client regarding ▮▮▮ (.1). | 0.30 | $127.50 |
| 12/17/2021 | Schleicher, Tara J. | Draft letter to Seattle CU regarding ▮▮▮ (.1); review and revise same (.1). | 0.20 | $85.00 |
| 12/23/2021 | Schleicher, Tara J. | Instructions to legal assistant regarding call/e-mail to Seattle Credit Union regarding transfer of funds status (.1); review response (.1). | 0.20 | $85.00 |
| 12/27/2021 | Schleicher, Tara J. | Prepare e-mail to Seattle CU regarding demand for update on transfer of funds. | 0.10 | $42.50 |
| | | **Total Fees** | **17.20** | **$5,591.15** |

**Exhibit B to Application**

Client: 501415 - American Fiduciary Services LLC
Matter(s): 100
Period: 11/1/2021 - 12/31/2021

Foster Garvey

| Summary of Fees | | |
|---|---|---|
| **Timekeeper Name** | **Hours** | **Amount** |
| Garcia, Francesca | 1.50 | $125.00 |
| Grgurevic, Krešimir | 4.80 | $1,200.00 |
| Rhine, Kesarah | 0.30 | $58.65 |
| Schleicher, Tara J. | 10.60 | $4,207.50 |
| **Total Fees** | **17.20** | **$5,591.15** |

| Summary of Costs | |
|---|---|
| **Cost Description** | **Amount** |
| Overnight Shipping/Delivery - | $12.74 |
| **Total Costs** | **$12.74** |
| **Total Fees and Costs** | **$5,603.89** |