UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ANDY CHING FONG CHEN and AERO SPACE PORT INTERNATIONAL GROUP, INC.<br><br>　　　　　Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II, LLC; EVF, INC; MOSES LAKE 96000 BUILDING LLC; SUN BASIN ORCHARDS, LLC; JOHN CHEN, TOM CHEN, BOBBY CHEN and HEIDI CHEN,<br><br>　　　　　Relief Defendants. | Case No. 17-cv-00405-JLR　　**JLR**<br><br>[~~PROPOSED~~] ORDER AUTHORIZING EXTENSION OF TIME TO FILE LIQUIDATION PLAN<br><br>NOTE FOR MOTION/SAME DAY CONSIDERATION:<br>March 23, 2022 |

　　　　This matter came before the Court on the Receiver's Motion for Extension to Time to File Liquidation Plan (the "Motion"). The Court, being informed that the Receiver and Receiver's counsel conferred with Plaintiff Securities and Exchange Commission (the "SEC")

1  regarding this Motion and that the SEC consents to the Motion and the Court, having reviewed
2  the Motion, the Court hereby,
3      ORDERS that the Receiver's Motion is granted. The deadline for the Receiver to file his
4  Liquidation Plan is hereby extended to a date thirty (30) days after SEC's third motion for partial
5  final judgment against Defendants Andy Ching Fong Chen and Aero Space Port International
6  Group, Inc. is resolved by this Court.
7      DATED this 25th day of March, 2022.

                _____
                UNITED STATES DISTRICT JUDGE
                JAMES L. ROBART

PRESENTED BY:

**FOSTER GARVEY P.C.**

*/s/ Tara J. Schleicher*
Tara J. Schleicher, WSBA #26884
121 SW Morrison St, Suite 1100
Portland, OR 97204
Phone: (503) 228-3939
Email: tara.schleicher@foster.com
*Counsel to Receiver*