UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ANDY SHIN FONG CHEN, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C17-0405JLR<br><br>ORDER |

Before the court is Plaintiff the Securities and Exchange Commission's (the "SEC") response to the court's May 4, 2022 order to show cause. (Resp. (Dkt. # 158); 5/4/22 Order (Dkt. # 156).[1]) The court ordered the SEC to show cause "why its third motion for partial final judgment should not be filed within 45 days of the date of [the

---

[1] The court's order to show cause appears on pages six through seven of its order denying Defendants Andy Ching Fong Chen and Aero Space Port International Group, Inc.'s (collectively, "Defendants") motion to compel the Receiver to release funds to the investor. (*See* 5/4/22 Order at 6-7.)

ORDER - 1

court's May 4] order." (5/4/22 Order at 7.) In its response, the SEC stated that it "is prepared to file its third motion for final judgment within 45 days of the [c]ourt's May 4 [o]rder" and proposed a briefing schedule for its motion. (Resp at 1.) The SEC also informed the court that Defendants agreed to the proposed briefing schedule. (*See id.* at 2.)

Having reviewed the SEC's response to the court's May 4 show cause order, the court:

1. DISCHARGES its May 4 order to show cause; and

2. ADOPTS the SEC's proposed briefing schedule for its third motion for partial final judgment as follows:

| EVENT | DEADLINE |
| --- | --- |
| The SEC files its third motion for partial final judgment | June 1, 2022 |
| Defendants file their response | June 15, 2022 |
| The SEC files its reply | June 29, 2022 |

Dated this 12th day of May, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2