1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

SECURITIES AND EXCHANGE
COMMISSION,

CASE NO. C17-0405JLR

11

ORDER

Plaintiff,

12

v.

13

ANDY SHIN FONG CHEN, et al.,

14

Defendants.

15

16

Before the court is the second quarterly application for compensation and

17

reimbursement of expenses of:  (1) Receiver Geoffrey B. Winkler ("the Receiver") in the

amounts of $56,716.50 in fees and $2.80 in costs; and (2) the Receiver's counsel, Tara J.

18

Schleicher and Foster Garvey P.C. (collectively, "Foster Garvey"), in the amounts of

19

$10,467.35 in fees and $175.00 in costs.  (2d Fee App. (Dkt # 160); 2d Fee Notice (Dkt.

20

# 161).)  The Receiver and Foster Garvey seek an order authorizing disbursement of

21

//

22

80% of the total requested fees and costs.  (*See* 2d Fee App.)  No party has filed an opposition to the foregoing fee application.  (*See generally* Dkt.)

The court finds that the fees and costs represented in the instant fee application are reasonable and necessary, notice of the fee application was appropriate, the services provided were of substantial benefit to the estate, and the fee application is in accord with the court's order appointing a receiver (Order Appt. Receiver (Dkt. # 130) ¶¶ 55-59).

Accordingly, the court GRANTS the fee application (Dkt. # 160) listed above and APPROVES on an interim basis the following application amounts:

| Applicant: | Period: | Fees: | Costs: | Total: |
|---|---|---|---|---|
| Foster Garvey | January 1, 2022, through March 31, 2022 | $10,467.35 | $175.00 | $10,642.35 |
| The Receiver | January 1, 2022, through March 31, 2022 | $56,716.50 | $2.80 | $56,719.30 |

The court further ORDERS that the Receiver is authorized to disburse 80% of the foregoing approved fees and costs at this time to the foregoing respective applicants, as described below:

(1)  The court AUTHORIZES the Receiver to disburse $8,513.88 to Foster Garvey.

(2) The court AUTHORIZES the Receiver to disburse $45,375.44 to the Receiver.

//

//

//

ORDER - 2

1    Dated this 3rd day of June, 2022.

2

3    _____

4    JAMES L. ROBART
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3