The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHING FONG CHEN and AERO SPACE PORT INTERNATIONAL GROUP, INC.<br><br>Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II, LLC; MOSES LAKE 96000 BUILDING LLC; SUN BASIN ORCHARDS, LLC; JOHN CHEN, TOM CHEN, BOBBY CHEN and HEIDI CHEN,<br><br>Relief Defendants. | Civil Action No. 2:17-cv-00405-JLR<br><br>**ORDER** |

**CAME ON FOR CONSIDERATION** the Securities and Exchange Commission's (the "SEC's") motion, pursuant to Local Civil Rule 7(j), relief from the June 29, 2022, deadline on which the SEC is currently scheduled to file its Reply in Support of its Third Motion for Entry of Final Judgment.

**IT IS HEREBY ORDERED** that the date on which the SEC is to file its Reply is extended until Wednesday, July 20, 2022.

Dated: June 28th, 2022.

JAMES L. ROBART
United States District Judge

Order-1
2:17-cv-00405-JLR