UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>     v.<br><br>ANDY SHIN FONG CHEN, et al.,<br><br>               Defendants. | CASE NO. C17-0405JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Defendants Andy Shin Fong Chen and Aero Space Port International Group, Inc.'s ("ASPI") (collectively, "Defendants") notice of intent to file a surrebuttal to Plaintiff the Securities and Exchange Commission's (the "SEC") reply in support of its third motion for entry of partial final judgment against Defendants.  (Notice (Dkt. # 170); 3d Mot. (Dkt. # 162); Reply (Dkt. # 168).)  Defendants state that they

MINUTE ORDER - 1

intend to file a "surrebuttal brief and declarations in order to rebut the [SEC's] calculation of legitimate business expenses under" *Liu v. SEC*, 140 S. Ct. 1936 (2020).  (Notice at 2.)  In its reply brief, the SEC claims that "some of Defendants' [expenses] are partially substantiated" but "the majority of their arguments lack adequate evidentiary and factual support and should be rejected."  (Reply at 2.)  As a result, Defendants now intend to "present additional evidentiary support" for their claimed business expenses.  (Notice at 2.)  In their notice, Defendants also inform the court that the SEC "does not object to filing of a surrebuttal so long as a filing occurs on or before August 4, 2022."  (*Id.*)

Accordingly, the court ORDERS Defendants to file their surrebuttal by August 4, 2022.  The court further DIRECTS the SEC to file a response to Defendants' surrebuttal by August 15, 2022.

Filed and entered this 20th day of July, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk