UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. C17-0405JLR |
| Plaintiff, | ORDER |
| v. | |
| ANDY SHIN FONG CHEN, et al., | |
| Defendants. | |

Before the court is the second quarterly application for compensation and reimbursement of expenses of: (1) Receiver Geoffrey B. Winkler ("the Receiver") in the amounts of $21,615.00 in fees and $0 in costs; and (2) the Receiver's counsel, Tara J. Schleicher and Foster Garvey P.C. (collectively, "Foster Garvey"), in the amounts of $4,555.15 in fees and $0 in costs. (3d Fee App. (Dkt # 175); 3d Fee Notice (Dkt. # 176).) The Receiver and Foster Garvey seek an order authorizing disbursement of 80% of the

//

total requested fees and costs.  (*See* 3d Fee App.)  No party has filed an opposition to the foregoing fee application.  (*See generally* Dkt.)

The court finds that the fees and costs represented in the instant fee application are reasonable and necessary, notice of the fee application was appropriate, the services provided were of substantial benefit to the estate, and the fee application is in accord with the court's order appointing a receiver (Order Appt. Receiver (Dkt. # 130) ¶¶ 55-59).

Accordingly, the court GRANTS the fee application (Dkt. # 175) listed above and APPROVES on an interim basis the following fees and costs:

| Applicant: | Period: | Fees: | Costs: | Total: |
|---|---|---|---|---|
| Foster Garvey | April 1, 2022, through June 30, 2022 | $4,555.15 | $0 | $4,555.15 |
| The Receiver | April 1, 2022, through June 30, 2022 | $21,615.00 | $0 | $21,615.00 |

The court further ORDERS that the Receiver is authorized to disburse 80% of the foregoing approved fees and costs at this time to the foregoing respective applicants, as described below:

(1)  The court AUTHORIZES the Receiver to disburse $3,644.12 to Foster Garvey.

(2) The court AUTHORIZES the Receiver to disburse $17,292.00 to the Receiver.

//

//

//

//

ORDER - 2

1     Dated this 16th day of August, 2022.

2

3

                                   JAMES L. ROBART

4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3