UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHING FONG CHEN and AERO SPACE PORT INTERNATIONAL GROUP, INC.<br><br>Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II, LLC; EVF, INC; MOSES LAKE 96000 BUILDING LLC; SUN BASIN ORCHARDS, LLC; JOHN CHEN, TOM CHEN, BOBBY CHEN and HEIDI CHEN,<br><br>Relief Defendants. | Case No. 17-cv-00405-JLR<br><br>ORDER GRANTING MOTION FOR ORDER REGARDING PROPOSED DISTRIBUTION PLAN OF RECEIVER GEOFFREY WINKLER |

This matter came before the Court on the Receiver's Motion for Order Regarding Proposed Distribution Plan of Receiver Geoffrey Winkler (the "Motion") filed by Geoffrey B. Winkler of American Fiduciary Services, Inc. (the "Receiver"). (Mot. (Dkt. # 182).) The Court, having reviewed the Motion and being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion is granted;

2. The Receiver's proposed Plan of Distribution set out in the Motion is hereby approved and the Receiver is authorized and directed to make the distributions set forth therein.

/ / / END OF ORDER / / /

DATED this 30th day of September, 2022.

JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

**FOSTER GARVEY P.C.**

*/s/ Tara J. Schleicher*
Tara J. Schleicher, WSBA #26884
121 SW Morrison St, Suite 1100
Portland, OR 97204
Phone: (503) 228-3939
Email: tara.schleicher@foster.com
*Counsel to Receiver*