1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDY SHIN FONG CHEN, et al.,<br><br>            Defendants. | CASE NO. C17-0405JLR<br><br>ORDER |

Before the court is Plaintiff the Securities and Exchange Commission's ("SEC") motion for an extension of time to file its response to Defendants Andy Shin Fong Chen and Aero Space Port International Group, Inc.'s (collectively, "Defendants") renewed motion to dismiss Relief Defendants. (Ext. Mot. (Dkt. # 187); *see also* MTD (Dkt. # 184).) The SEC asks the court to "extend the time within which the SEC may file its response" by 30 days. (Ext. Mot. at 1.) Defendants object to the SEC's requested extension. (*Id.* at 2.)

ORDER - 1

The court finds that good cause exists to grant the SEC's requested extension. *See* Fed. R. Civ. P. 6(b). As the SEC points out, "any recommendation not to oppose [Defendants'] motion for dismissal of Relief Defendants requires Commission authorization" (Ext. Mot. at 1), and the requested extension will allow counsel additional time to obtain authorization from the SEC before filing its response. Accordingly, the court the SEC shall file its response to Defendants' renewed motion to dismiss Relief Defendants, if any, no later than November 9, 2022. Defendants shall file their reply, if any, no later than November 15, 2022.

Dated this 11th day of October, 2022.

JAMES L. ROBART
United States District Judge