UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHING FONG CHEN and AERO SPACE PORT INTERNATIONAL GROUP, INC.<br><br>Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II, LLC; EVF, INC; MOSES LAKE 96000 BUILDING LLC; SUN BASIN ORCHARDS, LLC; JOHN CHEN, TOM CHEN, BOBBY CHEN and HEIDI CHEN,<br><br>Relief Defendants. | Case No. 17-cv-00405-JLR<br><br>ORDER ACCEPTING RECEIVER'S FOURTH INTERIM REPORT AND GRANTING PETITION FOR FURTHER INSTRUCTIONS |

This matter came before the Court on the Receiver's Fourth Interim Report and Petition for Further Instructions (the "Report") filed by Geoffrey B. Winkler of American Fiduciary Services, Inc. (the "Receiver") in which the Receiver petitions the Court for further

instructions. The Court, having reviewed the Report and being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Fourth Interim Report is accepted by this Court;

2. The Receiver is authorized to continue to administer the receivership estate in accordance with the terms of this Court's order appointing him as receiver; and

3. The Receiver is authorized to undertake the recommendations presented in the Report, including any necessary continued document recovery and review effort, the distributions previously approved in Order Granting Motion for Order Re: Proposed Distribution Plan (Dkt. No. 186) and the engagement of those professionals the Receiver deems necessary for the proper administration of the receivership estate.

/ / / END OF ORDER / / /

DATED this 1st day of November, 2022.

JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

**FOSTER GARVEY P.C.**

*/s/ Tara J. Schleicher*
Tara J. Schleicher, WSBA #26884
121 SW Morrison St, Suite 1100
Portland, OR 97204
Phone: (503) 228-3939
Email: tara.schleicher@foster.com
*Counsel to Receiver*