UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHING FONG CHEN and AERO SPACE PORT INTERNATIONAL GROUP, INC.<br><br>Defendants, and<br><br>NORTH AMERICAN FOREIGN TRADE ZONE INDUSTRIES, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL, LLC; WASHINGTON ECONOMIC DEVELOPMENT CAPITAL II, LLC; EVF, INC; MOSES LAKE 96000 BUILDING LLC; SUN BASIN ORCHARDS, LLC; JOHN CHEN, TOM CHEN, BOBBY CHEN and HEIDI CHEN,<br><br>Relief Defendants. | Case No. 17-cv-00405-JLR   **JLR**<br><br>[~~PROPOSED~~] ORDER AUTHORIZING ENGAGEMENT OF ACCOUNTANTS FOR RECEIVER |

This matter came before the court on the Receiver's Motion for an Order Authorizing Engagement of Accountants for Receiver (the "Motion") (Dkt. # 202). No party has filed an opposition to the Motion. (*See generally* Dkt.) The court, having reviewed the Motion submitted therewith, finds that the Motion is well taken. Accordingly, the court GRANTS the Receiver's

Motion (Dkt. # 202) and AUTHORIZES the Receiver to employ and compensate Baker Tilly on the terms set forth in the Motion and in accordance with the terms of Section XIII of the court's order appointing a receiver (Dkt. # 130).

/ / / END OF ORDER / / /

DATED this 30th day of March, 2023.

JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

**FOSTER GARVEY P.C.**

*/s/ Tara J. Schleicher*
Tara J. Schleicher, WSBA #26884
121 SW Morrison St, Suite 1100
Portland, OR 97204
Phone: (503) 228-3939
Email: tara.schleicher@foster.com
*Counsel to Receiver*