1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         WESTERN DISTRICT OF WASHINGTON

10                                SEATTLE DIVISION

11   SECURITIES AND EXCHANGE            Case No. 17-cv-00405-JLR                **JLR**
     COMMISSION,
                                        [~~PROPOSED~~] ORDER ACCEPTING
12            Plaintiff,                 RECEIVER'S SIXTH INTERIM
                                         REPORT AND GRANTING PETITION
13            v.                         FOR FURTHER INSTRUCTIONS

14   ANDY CHING FONG CHEN and AERO
     SPACE PORT INTERNATIONAL GROUP,
15   INC.

16            Defendants, and

17   NORTH AMERICAN FOREIGN TRADE
     ZONE INDUSTRIES, LLC;
18   WASHINGTON ECONOMIC
     DEVELOPMENT CAPITAL, LLC;
19   WASHINGTON ECONOMIC
     DEVELOPMENT CAPITAL II, LLC; EVF,
20   INC; MOSES LAKE 96000 BUILDING
     LLC; SUN BASIN ORCHARDS, LLC;
21   JOHN CHEN, TOM CHEN, BOBBY CHEN
     and HEIDI CHEN,
22
              Relief Defendants.
23

24        This matter came before the Court on the Receiver's Sixth Interim Report and Petition

25   for Further Instructions (the "Report") filed by Geoffrey B. Winkler of American Fiduciary

26   Services, Inc. (the "Receiver") in which the Receiver petitions the Court for further

ORDER ACCEPTING RECEIVER'S SIXTH INTERIM REPORT
AND GRANTING PETITION FOR FURTHER INSTRUCTIONS
- 1

1    instructions.  The Court, having reviewed the Report and being duly advised in the premises,

2            IT IS HEREBY ORDERED THAT:

3            1.      The Receiver's Sixth Interim Report is accepted by this Court;

4            2.      The Receiver is authorized to continue to administer the receivership estate in

5    accordance with the terms of this Court's order appointing him as receiver; and

6            3.      The Receiver is authorized to undertake the recommendations presented in the

7    Report, including a continued document recovery and review effort, and the engagement of those

8    professionals he deems necessary for the proper administration of the receivership estate.

9                                 / / / END OF ORDER / / /

10

11           DATED this 5th day of May, 2023.

12

13

14           _____
                    JAMES L. ROBART
15                  UNITED STATES DISTRICT COURT JUDGE

16   PRESENTED BY:

17   **FOSTER GARVEY P.C.**

18   */s/ Tara J. Schleicher*
     Tara J. Schleicher, WSBA #26884
19   121 SW Morrison St, Suite 1100
     Portland, OR 97204
20   Phone:  (503) 228-3939
     Email:  tara.schleicher@foster.com
21   *Counsel to Receiver*

22

23

24

25

26