UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. C17-0405JLR |
| Plaintiff, | ORDER |
| v. | |
| ANDY SHIN FONG CHEN, et al., | |
| Defendants. | |

Before the court is the sixth quarterly application for compensation and reimbursement of expenses of: (1) Receiver Geoffrey B. Winkler ("the Receiver") in the amounts of $5,695.50 in fees and $0 in costs; and (2) the Receiver's counsel, Tara J. Schleicher and Foster Garvey P.C. (collectively, "Foster Garvey"), in the amounts of $2,921.15 in fees and $0 in costs. (6th Fee App. (Dkt # 207); 6th Fee Notice (Dkt. # 208).) The Receiver and Foster Garvey seek an order authorizing disbursement of 80%

//

ORDER - 1

of the total requested fees and costs. (*See* 6th Fee App.) No party has filed an opposition to the foregoing fee application. (*See generally* Dkt.)

The court finds that the fees and costs represented in the instant fee application are reasonable and necessary, notice of the fee application was appropriate, the services provided were of substantial benefit to the estate, and the fee application is in accord with the court's order appointing a receiver (Order Appt. Receiver (Dkt. # 130) ¶¶ 55-59).

Accordingly, the court GRANTS the fee application (Dkt. # 207) listed above and APPROVES on an interim basis the following fees and costs:

| Applicant: | Period: | Fees: | Costs: | Total: |
|---|---|---|---|---|
| Foster Garvey | January 1, 2023, through March 31, 2023 | $2,921.15 | $0 | $2,921.15 |
| The Receiver | January 1, 2023, through March 31, 2023 | $5,695.50 | $0 | $5,695.50 |

The court further ORDERS that the Receiver is authorized to disburse 80% of the foregoing approved fees and costs at this time to the foregoing respective applicants, as described below:

(1) The court AUTHORIZES the Receiver to disburse $2,336.92 to Foster Garvey.

(2) The court AUTHORIZES the Receiver to disburse $4,556.40 to the Receiver.

//

//

//

//

ORDER - 2

Dated this 22nd day of May, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 3